IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIMITZ TECHNOLOGIES LLC,<br><br>    Plaintiff,<br><br>v.<br><br>BLOOMBERG L.P.,<br><br>    Defendant. | C.A. No. 1:22-cv-00413-CFC<br><br>JURY TRIAL DEMANDED |

### **DEFENDANT BLOOMBERG'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Bloomberg L.P. states that Bloomberg L.P. is a Delaware limited partnership. Bloomberg Inc., Bloomberg L.P.'s general partner, owns 99.5%, of Bloomberg L.P. and BLP Acquisition L.P. owns the remaining 0.5%. No publicly-held company owns 10% percent or more of Defendant's limited partnership interests.

Dated: May 12, 2022

FISH & RICHARDSON P.C.

By: */s/ Jeremy D. Anderson*
    Jeremy D. Anderson (#4515)
    222 Delaware Ave., 17th Floor
    P.O. Box 1114
    Wilmington, DE 19801
    (302) 652-5070 (Telephone)
    janderson@fr.com

    Neil J. McNabnay
    Lance E. Wyatt
    1717 Main Street, Suite 5000
    Dallas, TX 75201
    (214) 747-5070 (Telephone)
    mcnabnay@fr.com
    wyatt@fr.com

                                                 **ATTORNEYS FOR DEFENDANT**
                                                 **BLOOMBERG L.P.**