IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **NIMITZ TECHNOLOGIES LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**BLOOMBERG L.P.,**<br><br>Defendant. | Case No. 1:22-cv-00413-CFC |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Plaintiff Nimitz Technologies LLC, by and through the undersigned counsel, states that it is a private entity and that no public entity holds any percentage of interest in the Plaintiff.

The sole owner and member of Nimitz Technologies LLC is Mark Hall, an individual.

To avoid any misunderstanding, Plaintiff understands that the Court's Standing Order Regarding Disclosure Statements Required By Federal Rule of Civil Procedure 7.1 requires parties to identify direct or indirect ownership interest, and does not require disclosure of entities who may have a financial interest in the outcome of the litigation (such as for example counsel contingency arrangements).

Dated: May 25, 2022                Respectfully submitted by:

/s/ George Pazuniak
George Pazuniak (#478)
O'Kelly & O'Rourke, LLC
824 N. Market Street
Suite 1001A
Wilmington, DE 19801
(302) 478-4230
gp@del-iplaw.com

*Attorney for Plaintiff Nimitz Technologies LLC*