# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **NIMITZ TECHNOLOGIES LLC,**<br><br>  Plaintiff,<br><br>  v.<br><br>**BLOOMBERG L.P.,**<br>            Defendant. | Case No. 1:22-cv-00413-CFC |

## STATEMENT IN RESPONSE TO THE COURT'S STANDING ORDER REGARDING THIRD-PARTY LITIGATION FUNDING ARRANGEMENTS

Plaintiff Nimitz Technologies LLC states that Plaintiff has not entered into any arrangement with a Third-Party Funder, as defined in the Court's Standing Order Regarding Third-Party Litigation Funding Arrangements.

Dated: May 25, 2022              Respectfully submitted by:

                                 */s/ George Pazuniak*
                                 George Pazuniak (#478)
                                 O'Kelly & O'Rourke, LLC
                                 824 N. Market Street
                                 Suite 1001A
                                 Wilmington, DE 19801
                                 (302) 478-4230
                                 gp@del-iplaw.com

                                 *Attorney for Plaintiff Nimitz Technologies LLC*