# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **NIMITZ TECHNOLOGIES LLC,**<br><br>　　　　Plaintiff,<br><br>　　　　　　v.<br><br>**CNET MEDIA, INC.,**<br><br>　　　　Defendant. | **C.A. No. 1:21-cv-01247-CFC** |
| **NIMITZ TECHNOLOGIES LLC,**<br><br>　　　　Plaintiff,<br><br>　　　　　　v.<br><br>**BUZZFEED, Inc.,**<br><br>　　　　Defendant. | **Case No. 1:21-cv-01362-CFC** |
| **NIMITZ TECHNOLOGIES LLC,**<br><br>　　　　Plaintiff,<br><br>　　　　　　v.<br><br>**IMAGINE LEARNING LLC,**<br><br>　　　　Defendant. | **Case No. 1:21-cv-01855-CFC** |
| **NIMITZ TECHNOLOGIES LLC,**<br><br>　　　　Plaintiff,<br><br>　　　　　　v.<br><br>**BLOOMBERG L.P.,**<br><br>　　　　Defendant. | **Case No. 1:22-cv-00413-CFC** |

## WITHDRAWAL OF MOTION TO STAY

Plaintiff Nimitz Technologies LLC hereby withdraws its Motion To Stay in view of the Federal Circuit directing a stay of the Memorandum Order pending further action by the Federal Circuit, a copy of which is attached.

Dated: November 16, 2022

*/s/ George Pazuniak*
George Pazuniak (#478)
O'Kelly & O'Rourke, LLC
824 North Market Street, Suite 10001A
Wilmington, DE 19801
Direct: 207-359-8576
gp@del-iplaw.com

*Attorneys for Plaintiffs*