**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| Nimitz Technologies LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>Bloomberg L.P.,<br><br>        Defendant. | Case No. 1:22-cv-00413-CFC |

**STIPULATED DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure which states that a plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared, Plaintiff Nimitz Technologies LLC ("Nimitz") and Defendant Bloomberg L.P. ("Bloomberg") stipulate to dismiss Nimitz's claims with prejudice, and dismiss Bloomberg's counterclaims without prejudice, with each Party to bear their own costs, expenses, and attorneys' fees.

| | |
|---|---|
| /s/ George Pazuniak<br>George Pazuniak (#478)<br>824 North Market Street, Suite 10001A<br>Wilmington, DE 19801<br>Direct: 207-359-8576<br>gp@del-iplaw.com<br><br>*Attorneys for Plaintiff* | /s/ Jeremy D. Anderson<br>Jeremy D. Anderson (#4515)<br>Fish & Richardson P.C.<br>222 Delaware Ave., 17th Floor<br>P.O. Box 1114<br>Wilmington, DE 19801<br>(302) 652-5070<br>janderson@fr.com<br><br>*Attorneys for Defendant* |