# APPENDIX

# EXHIBIT CC

Print | Close Window

Subject: [FWD: Re: Mellaconic]
From: patent@chonglawfirm.com
Date: Mon, Dec 12, 2022 1:33 pm
To: "yasmine@chonglawfirm.com" <yasmine@chonglawfirm.com>

Very truly yours,

Jimmy Chong, Esq
Yasmine Roc, Paralegal

Delaware - Red Clay Center at Little Falls, 2961 Centerville Rd., Ste 350, Wilmington, DE 19808 -- Tel. 302-999-9480 (DE MAILING ADDRESS)
Lansdale - 100 West Main Street, Suite 420., Lansdale, PA 19446 -- Tel. 215-909-5204 (PA MAILING ADDRESS)
Philadelphia - 1845 Walnut Street, Suite 1300, Philadelphia, PA 19103 Tel. 215-909-5204 (NO MAIL)

Please Note Our New Fax Number: 302-800-1999
www.chonglawfirm.com

CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEGED; ATTORNEY WORK PRODUCT: Emails and attachments received from us may be protected by the attorney-client privilege, as attorney work-product or by virtue of other privileges or provisions of law. If you are not an intended recipient, please do not read, copy, use, forward, or disclose any such communications or attachments to others; immediately notify the sender by reply email; and delete the email and the reply from your system. Any unauthorized disclosure, copying, distribution, or use of emails from us or any attachments thereto is prohibited.

-------- Original Message --------
Subject: Re: Mellaconic
From: Hau Bui <hau.bui.89@gmail.com>
Date: Fri, December 09, 2022 12:32 pm
To: patent@chonglawfirm.com

Hey Jimmy, sorry for the late reply. Got busy and totally slipped my mind, but yes you can continue to communicate to Mavexar team directly.

On Wed, Nov 30, 2022, 11:00 AM <patent@chonglawfirm.com> wrote:
  Hi Hau:

  As you know I represent your business in its patent infringement cases. I have been communicating with it through Mavexar based on you retaining it to represent you. I wanted to reach out to you independently and confirm that you want me to communicate with the Mavexar team directly. I can be reached at 302-999-9480. Thanks

  Very truly yours,

  Jimmy Chong, Esq
  Yasmine Roc, Paralegal

  Delaware - Red Clay Center at Little Falls, 2961 Centerville Rd., Ste 350, Wilmington, DE 19808 -- Tel. 302-999-9480 (DE MAILING ADDRESS)
  Lansdale - 100 West Main Street, Suite 420., Lansdale, PA 19446 -- Tel. 215-909-5204 (PA MAILING ADDRESS)
  Philadelphia - 1845 Walnut Street, Suite 1300, Philadelphia, PA 19103 Tel. 215-909-5204 (NO

CONFIDENTIAL - COMMON INTEREST ATTORNEY-CLIENT PRIVILEGE                MELLACONIC 00932

MAIL)

Please Note Our New Fax Number: 302-800-1999
www.chonglawfirm.com

CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEGED; ATTORNEY WORK PRODUCT: Emails and attachments received from us may be protected by the attorney-client privilege, as attorney work-product or by virtue of other privileges or provisions of law. If you are not an intended recipient, please do not read, copy, use, forward, or disclose any such communications or attachments to others; immediately notify the sender by reply email; and delete the email and the reply from your system. Any unauthorized disclosure, copying, distribution, or use of emails from us or any attachments thereto is prohibited.

Copyright © 2003-2022. All rights reserved.

CONFIDENTIAL - COMMON INTEREST ATTORNEY-CLIENT PRIVILEGE          MELLACONIC 00933