# APPENDIX

# EXHIBIT DD

| | |
|---|---|
| **From:** | Papool Chaudhari |
| **To:** | linhd@ip-edge.com |
| **Cc:** | hau.bui.89@gmail.com; Gautham Bodepudi; Justin Schiff; Andrew Curfman; Howard Wernow |
| **Subject:** | Re: Invitation: Weekly Mellaconic call (video) to prep for Connolly Hearing @ Weekly from 10am to 11am on Monday from Mon Oct 10 to Tue Nov 1 (MDT) (papool@pralawllc.com) |
| **Date:** | Monday, October 10, 2022 12:07:41 PM |

Please just try using this link in your browser
https://meet.google.com/ust-azho-zzn

I am trying to get this resolved.

Thanks,

Papool

On Mon, Oct 3, 2022 at 1:19 PM <linhd@ip-edge.com> wrote:

> Join with Google Meet
>
> **Meeting link**
> meet.google.com/ust-azho-zzn
>
> **Join by phone**
> (US) +1 470-228-6493
> PIN: 803197959
>
> More phone numbers
>
> **When**
> Weekly from 10am to 11am on Monday from Monday Oct 10 to Tuesday Nov 1
> (Mountain Time - Denver)
>
> **Guests**
> linhd@ip-edge.com - organizer
> papool@pralawllc.com
> hau.bui.89@gmail.com
> Gautham Bodepudi
> justin.schiff@sswip.com
> andrew.curfman@sswip.com
> howard.wernow@sswip.com
>
> View all guest info
>
> **RSVP** for papool@pralawllc.com for all events in this series

| Yes | No | Maybe |

More options

Invitation from Google Calendar

You are receiving this email because you are subscribed to calendar notifications. To stop receiving these emails, go to Calendar settings, select this calendar, and change "Other notifications".

Forwarding this invitation could allow any recipient to send a response to the organizer, be added to the guest list, invite others regardless of their own invitation status, or modify your RSVP. Learn more

--
Papool Chaudhari
papool@pralawllc.com

CONFIDENTIAL - COMMON INTEREST ATTORNEY-CLIENT PRIVILEGE          MELLACONIC 00375