# APPENDIX

# EXHIBIT EE

**Tammy Overton**

| | |
|---|---|
| **From:** | Stefanie Brower |
| **Sent:** | Thursday, November 3, 2022 11:24 AM |
| **To:** | hau.bui.89@gmail.com |
| **Cc:** | Gautham Bodepudi; Brandon LaPray; Danae Maher; Linh Deitz (linhd@ip-edge.com); Howard Wernow; Tammy Overton; 'Papool Chaudhari'; Andrew Curfman |
| **Subject:** | RE: Mellaconic v Timeclock Hearing with Judge Connolly |

Mr. Bui,

As you may be aware, Attorney Andrew Curfman from our office has tested positive for COVID and is unable to travel to Delaware for tomorrow's hearing. Attorney Howard Wernow is traveling to Delaware and will be appearing in Andrew's stead. Below is Howard's travel itinerary and contact information.

AA5220
Departing Cleveland 11/3 at 11:20am
Arriving Philadelphia 11/3 at 12:43pm

Staying at the Hilton Hotel Wilmington

Howard's Cell: 904-251-5580

Very truly yours,

**Stefanie Brower**
Executive Assistant
Sand, Sebolt & Wernow Co., LPA
Aegis Tower – Suite 1100
4940 Munson Street NW
Canton, Ohio 44718
Telephone: (330) 244-1174
Facsimile: (330) 244-1173

CONFIDENTIALITY NOTICE: This electronic mail transmission may have been sent on behalf of an attorney. It may contain information that is confidential, privileged, proprietary, or otherwise legally exempt from disclosure. If you are not the intended recipient, you are hereby notified that you are not authorized to read, print, retain, copy or disseminate this message, any part of it, or any attachments. If you have received this message in error, please delete this message and any attachments from your system without reading the content and notify the sender immediately of the inadvertent transmission. There is no intent on the part of the sender to waive any privilege, including the attorney-client privilege, that may attach to this communication. The sender of this electronic mail transmission is not authorized to practice law and all information and materials included herewith are under the supervision of and subject to the review of counsel and should not be relied upon until such review has occurred. Thank you for your cooperation.

1

CONFIDENTIAL - COMMON INTEREST ATTORNEY-CLIENT PRIVILEGE          MELLACONIC 00413

**From:** Andrew Curfman <Andrew.Curfman@sswip.com>
**Sent:** Thursday, November 3, 2022 11:10 AM
**To:** 'Papool Chaudhari' <papool@pralawllc.com>
**Cc:** Gautham Bodepudi <gbodepudi@ip-edge.com>; Brandon LaPray <brandon@ip-edge.com>; Danae Maher <dmaher@ip-edge.com>; Linh Deitz (linhd@ip-edge.com) <linhd@ip-edge.com>; Howard Wernow <Howard.Wernow@sswip.com>; Tammy Overton <Tammy.Overton@sswip.com>; Stefanie Brower <Stefanie.Brower@sswip.com>
**Subject:** RE: Mellaconic v Timeclock Hearing with Judge Connolly

Thanks Papool.

Stef, will you please send Hau the travel info and contact info for Howard? Thanks!

Respectfully,
Andrew S. Curfman
**SAND, SEBOLT & WERNOW CO., LPA**
**Aegis Tower - Suite 1100**
**4940 Munson Street, N. W.**
**Canton, OH  44718-3615**
**330-244-1174**
**330-244-1173 – Fax**
**andrew.curfman@sswip.com**

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law.  If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox.  Thank you.

**From:** Papool Chaudhari [mailto:papool@pralawllc.com]
**Sent:** Thursday, November 3, 2022 10:54 AM
**To:** Andrew Curfman <Andrew.Curfman@sswip.com>
**Cc:** Gautham Bodepudi <gbodepudi@ip-edge.com>; Brandon LaPray <brandon@ip-edge.com>; Danae Maher <dmaher@ip-edge.com>; Linh Deitz (linhd@ip-edge.com) <linhd@ip-edge.com>; Howard Wernow <Howard.Wernow@sswip.com>; Tammy Overton <Tammy.Overton@sswip.com>; Stefanie Brower <Stefanie.Brower@sswip.com>
**Subject:** Re: Mellaconic v Timeclock Hearing with Judge Connolly

Also, Hau's email is hau.bui.89@gmail.com.

Papool

On Thu, Nov 3, 2022 at 8:50 AM Papool Chaudhari <papool@pralawllc.com> wrote:

Andrew,

We will let Hau know and let him know to still proceed with his travel plans for the hearing tomorrow.

Thanks,

Papool

On Thu, Nov 3, 2022 at 7:43 AM Andrew Curfman <Andrew.Curfman@sswip.com> wrote:

2

CONFIDENTIAL - COMMON INTEREST ATTORNEY-CLIENT PRIVILEGE          MELLACONIC 00414

Hi Papool/team,

We filed a letter with Judge Connolly on Monday outlining that I have Covid and cannot travel and have not received any response. I called the chambers yesterday as well and was told we would have to wait for the Judge to file something.

Howard is traveling to Delaware in my place and our assumption at this point is that the hearing will continue with Howard in my place, but we do not know yet. It occurred to me that I do not have Hau's email so if you could pass this on to him and let him know that it will be Howard in my place. He should still be planning to travel as we have not been instructed otherwise.

I will ask Howard or Stef to send along his travel details so Hau has his contact info etc while he is there. I will let everyone know if we hear anything back from the court as to a response to my situation. Thanks.

Respectfully,

Andrew S. Curfman

**SAND, SEBOLT & WERNOW CO., LPA**

**Aegis Tower - Suite 1100**

**4940 Munson Street, N. W.**

**Canton, OH  44718-3615**

**330-244-1174**

**330-244-1173 – Fax**

andrew.curfman@sswip.com

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law.  If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox.  Thank you.

--

3

CONFIDENTIAL - COMMON INTEREST ATTORNEY-CLIENT PRIVILEGE          MELLACONIC 00415

Papool Chaudhari
papool@pralawllc.com


--
Papool Chaudhari
papool@pralawllc.com

CONFIDENTIAL - COMMON INTEREST ATTORNEY-CLIENT PRIVILEGE        MELLACONIC 00416