# APPENDIX
# EXHIBIT FF



**Hau**

Text Message
Thu, Nov 3 at 4:17 PM

Hey Howard, this is Hau. Headed to the airport now. Won't land I'll about 9:30pm

> Ok safe travels. I'm here in Delaware

> I will meet you at your hotel in the lobby tomorrow at 8am. Sound good?

Sounds good

Thu, Nov 3 at 9:52 PM

Should I take my bags with me tomorrow morning

Fri, Nov 4 at 6:34 AM

> No. Leave you bags in your rental car. Don't bring them to the courthouse

I didnt get a rental. Ended up just getting a Uber

> Then maybe ask the front desk if you can leave you bags with the valet/bellman

Will do

> We are in the lobby whenever you are ready

Okay 👍

CONFIDENTIAL    MELLACONIC 00419

