# APPENDIX

# EXHIBIT GG

**Subject**: Re: Mellaconic v Timeclock
**From**: Brandon LaPray <brandon@ip-edge.com>
**To**: Andrew Curfman <Andrew.Curfman@sswip.com>
**Cc**: Tammy Overton <Tammy.Overton@sswip.com>
**Date Sent**: Thursday, May 19, 2022 11:32:16 AM GMT-06:00
**Date Received**: Thursday, May 19, 2022 11:32:27 AM GMT-06:00

Andrew,

We're ok with your suggestion.

Thanks,

Brandon

On Wed, May 18, 2022 at 1:43 PM Andrew Curfman <Andrew.Curfman@sswip.com> wrote:

> HI Brandon,
>
> Just spoke to counsel on this one. They raised their offer to $20k. Here's the history: We opened at 85, they countered at 15, we matched and lowered to 70k and hinted in the 40-45 range. They just came back at 20k and said there is probably a bit more room but OC doubts that they will be able to get into the 40k+ range. I told him "officially we are still at 70 and I'm 99.9% if we can get to a number starting with a '4' that we are done. If we can get to a number starting with a '3', I feel like we can probably get that done but I am not as confident. Below that, I don't know how my client will respond."
>
> That said, I think ███████████████████████████████████
> ███████████████████████████████████████████
> ███████████████████████████████
>
> Respectfully,
>
> Andrew S. Curfman
>
> **SAND, SEBOLT & WERNOW CO., LPA**
>
> **Aegis Tower - Suite 1100**
>
> **4940 Munson Street, N. W.**
>
> **Canton, OH  44718-3615**
>
> **330-244-1174**
>
> **330-244-1173 – Fax**
>
> **andrew.curfman@sswip.com**

CONFIDENTIAL - COMMON INTEREST ATTORNEY-CLIENT PRIVILEGE         MELLACONIC 00695

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law.  If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox.  Thank you.

--
Brandon LaPray

brandon@IP-edge.com
817-266-1962