# APPENDIX
# EXHIBIT HH

## Tammy Overton

| | |
|---|---|
| **From:** | Andrew Curfman |
| **Sent:** | Thursday, July 14, 2022 11:42 AM |
| **To:** | 'Brandon LaPray' |
| **Cc:** | Linh Deitz; Tammy Overton |
| **Subject:** | Mellaconic v TimeClock |

Hi Brandon,

I just wanted to update you on this case. We have an AIP at $26,250 based on splitting the difference between their $22,500 offer and our most recent $30k offer. You had previously given authority at $20k so we were able to get them up over that here.

Respectfully,
Andrew S. Curfman
**SAND, SEBOLT & WERNOW CO., LPA**
**Aegis Tower - Suite 1100**
**4940 Munson Street, N. W.**
**Canton, OH  44718-3615**
330-244-1174
330-244-1173 – Fax
andrew.curfman@sswip.com

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law.  If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox.  Thank you.

CONFIDENTIAL - ATTORNEY-CLIENT PRIVILEGE                                                                                              MELLACONIC 00090