# APPENDIX
# EXHIBIT II

**Subject**: Welcome to PostNet TX157
**From**: PostNet TX157 <service@ipostal1.com>
**To**: "linhd@ip-edge.com" <linhd@ip-edge.com>
**Date Sent**: Monday, November 15, 2021 11:53:00 PM GMT-07:00
**Date Received**: Monday, November 15, 2021 11:53:02 PM GMT-07:00

Dear Linh Deitz,

Congratulations on creating your Digital Mailbox with iPostal1 at PostNet TX157!

Sign into your account to manage your mail and packages, forward items, scan letter content, and more.

To download and access your mail manager from your smartphone:

   Download from Apple for iPhone
   Download from Google for Android Phone

Required documents need to be completed. Please sign in and follow instructions in the yellow box.

**Mailbox Information**

Your mailbox number is 3144

Your street address is:
Linh Deitz
3571 Far West Blvd #3144
Austin, TX 78731

or you may address mail to your company name:

Lamplight Licensing LLC
3571 Far West Blvd #3144
Austin, TX 78731

To receive a fax at your mail center, use fax number: (512) 231-9851
**Please note: Your mailbox number must be written at the top of each fax in order for it to appear in your Digital Mailbox. Faxes without a mailbox number may be discarded.**

**Plan Information**

Start Date:
Tuesday 16 November, 2021

Payment For:
Green Plan 30 $9.99

Billing Address:
Sanjay Pant
433 N. County Line Rd
Hinsdale, IL 60521
United States
8476871138

LAMPLIGHT0169
Confidential Attorney-Client Privilege and/or Confidential Common Interest Attorney-Client Privilege

Click here for iPostal1 Perks, to see the latest deals.

For help getting started or for any assistance regarding Required Documents and IDs, using the iPostal1 app or digital mailbox, or pricing of Optional Services, please contact Customer Service at service@ipostal1.com or at 845.579.5770.
For any questions about your mail or requests, please contact PostNet TX157 at (512) 231-1321 or at tx157@postnet.com. | Fax: (512) 231-9851

Make sure you continue to receive our emails. Please add tx157@postnet.com to your Safe Sender, White List or Address Book.

LAMPLIGHT0170
Confidential Attorney-Client Privilege and/or Confidential Common Interest Attorney-Client Privilege