# APPENDIX

# EXHIBIT JJ

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697



John B. Scott
Secretary of State

# Office of the Secretary of State

November 17, 2021

Attn: Linh Nguyen Deitz

Linh Nguyen Deitz
3618 Serrano Valley Lane
Missouri City, TX 77459 USA

RE: Lamplight Licensing LLC
File Number: 804313974

It has been our pleasure to file the certificate of formation and issue the enclosed certificate of filing evidencing the existence of the newly created domestic limited liability company (llc).

Unless exempted, the entity formed is subject to state tax laws, including franchise tax laws.  Shortly, the Comptroller of Public Accounts will be contacting the entity at its registered office for information that will assist the Comptroller in setting up the franchise tax account for the entity.  Information about franchise tax, and contact information for the Comptroller's office, is available on their web site at https://window.state.tx.us/taxinfo/franchise/index.html.

The entity formed does not file annual reports with the Secretary of State.  Documents will be filed with the Secretary of State if the entity needs to amend one of the provisions in its certificate of formation.  It is important for the entity to continuously maintain a registered agent and office in Texas.  Failure to maintain an agent or office or file a change to the information in Texas may result in the involuntary termination of the entity.

If we can be of further service at any time, please let us know.

Sincerely,

Corporations Section
Business & Public Filings Division
(512) 463-5555

Enclosure

Come visit us on the internet at https://www.sos.texas.gov/

LAMPLIGHT0180

Phone: (512) 463-5555           Fax: (512) 463-5709           Dial: 7-1-1 for Relay Services
Prepared by: Mia Dalhover        TID: 10285                    Document: 1094375720014

11/16/21, 2:31 AM                                    BUSINESS ORGANIZATIONS FILING

## TEXAS SECRETARY of STATE
## JOHN B. SCOTT

Corporations Section                                        John B. Scott
P.O.Box 13697                                                              Secretary of State
Austin, Texas 78711-3697

**Office of the Secretary of State**

**Transaction Receipt**

Session ID: 111621TS4753
Document #: 1094375720014
November 16, 2021

SOSDirect has received your document submission or your order for copies of or certificates related to records on file with the secretary of state. This receipt is not evidence that the secretary of state has approved the document for filing. All documents must be reviewed for statutory compliance before filing. You will be notified by email when the document is filed or rejected and when the order has been processed. Please make note of the document number referenced above so that you may track the progress of the document or order.

Expected response times for the following are:

- Filings within 4 business days;
- Copies (certified or plain) within 4 business days.

If you are not in receipt of your notification within this timeframe, please contact sosdirect@sos.texas.gov or call (512) 475-2755 for assistance.

Thank you for allowing us to assist you with your request. To return to the Business Organizations menu, please click here.

**LAMPLIGHT0181**

Confidential

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697



John B. Scott
Secretary of State

# Office of the Secretary of State

## CERTIFICATE OF FILING
## OF

### Lamplight Licensing LLC
File Number: 804313974

The undersigned, as Secretary of State of Texas, hereby certifies that a Certificate of Formation for the above named Domestic Limited Liability Company (LLC) has been received in this office and has been found to conform to the applicable provisions of law.

ACCORDINGLY, the undersigned, as Secretary of State, and by virtue of the authority vested in the secretary by law, hereby issues this certificate evidencing filing effective on the date shown below.

The issuance of this certificate does not authorize the use of a name in this state in violation of the rights of another under the federal Trademark Act of 1946, the Texas trademark law, the Assumed Business or Professional Name Act, or the common law.

Dated: 11/16/2021

Effective: 11/17/2021



John B. Scott
Secretary of State

LAMPLIGHT0182

Come visit us on the internet at https://www.sos.texas.gov/

Phone: (512) 463-5555
Prepared by: Mia Dalhover

Fax: (512) 463-5709
TID: 10306

Dial: 7-1-1 for Relay Services
Document: 1094375720014

| | | |
|---|---|---|
| Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>FAX: 512/463-5709<br><br>Filing Fee: $300 | <br>**Certificate of Formation<br>Limited Liability Company** | **Filed in the Office of the<br>Secretary of State of Texas<br>Filing #: 804313974 11/16/2021<br>Document #: 1094375720014<br>Image Generated Electronically<br>for Web Filing** |

---

### Article 1 - Entity Name and Type

The filing entity being formed is a limited liability company. The name of the entity is:

**Lamplight Licensing LLC**

### Article 2 – Registered Agent and Registered Office

☑A. The initial registered agent is an organization (cannot be company named above) by the name of:

**InCorp Services, Inc.**

**OR**

☐B. The initial registered agent is an individual resident of the state whose name is set forth below:

C. The business address of the registered agent and the registered office address is:

**Street Address:**
**815 Brazos St, Suite 500    Austin  TX  78701**

### Consent of Registered Agent

☐A. A copy of the consent of registered agent is attached.

**OR**

☑B. The consent of the registered agent is maintained by the entity.

### Article 3 - Governing Authority

☐A. The limited liability company is to be managed by managers.

**OR**

☑B. The limited liability company will not have managers. Management of the company is reserved to the members. The names and addresses of the governing persons are set forth below:

Managing Member 1: **Sally    Pugal**                                                Title: **Managing Member**

Address: **3571 Far West Blvd #3144    Austin  TX, USA  78731**

### Article 4 - Purpose

The purpose for which the company is organized is for the transaction of any and all lawful business for which limited liability companies may be organized under the Texas Business Organizations Code.

Supplemental Provisions / Information

**LAMPLIGHT0183**

Confidential

[The attached addendum, if any, is incorporated herein by reference.]

## Organizer

The name and address of the organizer are set forth below.

**Sally Pugal**        **3571 Far West Blvd #3144, Austin, TX 78731**

### Effectiveness of Filing

☐ A. This document becomes effective when the document is filed by the secretary of state.

### OR

☑ B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its signing. The delayed effective date is: **November 17, 2021**

### Execution

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

**/Sally Pugal/**

Signature of Organizer

**FILING OFFICE COPY**

**LAMPLIGHT0184**

Confidential