# APPENDIX

# EXHIBIT KK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **LAMPLIGHT LICENSING LLC,** | Civil Action No.: 1:22-cv-00418-CFC |
| Plaintiff, | |
| v. | |
| **ABB, INC.,** | |
| Defendant. | |
| **LAMPLIGHT LICENSING LLC,** | Civil Action No.: 1:22-cv-01017-CFC |
| Plaintiff, | |
| v. | |
| **INGRAM MICRO, INC.** | |
| Defendant. | |

### SWORN DECLARATION OF SALLY PUGAL

I, Sally Pugal, declare as follows:

1.      I am the managing member and sole owner of Lamplight Licensing LLC. I have personal knowledge of the facts set forth in this Declaration. I am competent to testify as to all matters stated, and I am not under any legal disability that would in any way preclude me from testifying.

2.      I submit this sworn declaration in response to the Memorandum Order of the Court dated November 10, 2022.

3.      As of March 30, 2022, Lamplight Licensing LLC owned the following assets listed in the table below:

| Country | Filing Date | Filing Number | Grant Date | Grant Number |
|---------|-------------|---------------|------------|--------------|
| US | 6/12/2013 | 13/915860 | 7/25/2017 | 9716393 |
| US | 3/12/2013 | 61/777445 | | |

4.      Lamplight Licensing LLC owned no other assets as of March 30, 2022.

5.      As of July 31, 2022, Lamplight Licensing LLC owned the following assets listed in the table below:

| Country | Filing Date | Filing Number | Grant Date | Grant Number |
|---------|-------------|---------------|------------|--------------|
| US | 6/12/2013 | 13/915860 | 7/25/2017 | 9716393 |
| US | 3/12/2013 | 61/777445 | | |

6.      Lamplight Licensing LLC owned no other assets as of July 31, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Sally Pugal
Managing   Member,   Lamplight   Licensing
LLC

State of Texas
County of _____Harris_____
Before me, _____Brenda Rojas_____ (insert the name and character of the officer), on this day personally appeared _____Sally Pugal_____ (insert name of signatory), known to me (or proved to me on the oath of or through ___Driver's Licence___ (description of identity card or other document) to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this __25__ day of __May__, 2023.

(Personalized Seal)                                      Notary Public's Signature

BRENDA ROJAS
Notary Public, State of Texas
Comm. Expires 07-06-2025
Notary ID 133202452