# APPENDIX
# EXHIBIT LL

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1                                                                          EPAS ID: PAT7046224
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

### CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| MAGNOLIA LICENSING LLC | 11/19/2021 |

### RECEIVING PARTY DATA

| Name: | LAMPLIGHT LICENSING LLC |
|---|---|
| Street Address: | 3571 FAR WEST BLVD #3144 |
| City: | AUSTIN |
| State/Country: | TEXAS |
| Postal Code: | 78731 |

### PROPERTY NUMBERS Total: 2

| Property Type | Number |
|---|---|
| Patent Number: | 9716393 |
| Application Number: | 61777445 |

### CORRESPONDENCE DATA

Fax Number:

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

Email: sallypugal55@gmail.com
Correspondent Name: LAMPLIGHT LICENSING LLC
Address Line 1: 3571 FAR WEST BLVD #3144
Address Line 4: AUSTIN, TEXAS 78731

| NAME OF SUBMITTER: | SALLY PUGAL |
|---|---|
| SIGNATURE: | /Sally Pugal/ |
| DATE SIGNED: | 11/30/2021 |

Total Attachments: 2
source=Exhibit A - Patent Assignment from Magnolia to Lamplight - Fully Executed#page1.tif
source=Exhibit A - Patent Assignment from Magnolia to Lamplight - Fully Executed#page2.tif

Exhibit A

# PATENT ASSIGNMENT

For good and valuable consideration, the receipt of which is hereby acknowledged, Magnolia Licensing LLC, a limited liability company organized under the State of Texas having its offices at 13359 North Highway 183, Suite 406-733, Austin, TX 78750 ("**Assignor**"), does hereby assign, transfer, and convey unto Lamplight Licensing LLC, a Texas limited liability company, having an address at 3571 Far West Blvd #3144, Austin, TX 78731, ("**Assignee**"), or its designees, all right, title, and interest that exist today and may exist in the future in and to any and all of the following (collectively, the "**Patent Rights**"):

(a) the patent applications and patents listed in the table below (the "**Patents and Related Patents**");

| Country | Filing Date | Filing Number | Publication Date | Publication Number | Grant Date | Grant Number |
|---|---|---|---|---|---|---|
| US | 6/12/2013 | 13/915860 | | | 7/25/2017 | 9716393 |
| US | 3/12/2013 | 61/777445 | | | | |

(b) all right, title and interest to the Patents and Related Patents;

(c) all of the rights, privileges including the benefits of any attorney client privilege or attorney work product privilege, title and interest in and to the Patents and Related Patents sold, transferred, assigned and set over to Assignee hereunder including all income, royalties, damages and payments now or hereafter due or payable with respect thereto; and

(d) the right to bring any claim, sue, counterclaim, and recover for the past, present and future infringement of the rights assigned hereunder.

**ASSIGNOR: Magnolia Licensing LLC**

By: _____

Name: Lori LaPray

Title: Managing Member

Date: 11/18/2021

**PATENT  
REEL: 058233 FRAME: 0997**

Exhibit A

ASSIGNEE: Lamplight Licensing LLC

By: _/s/ Sally Pugal_

Name: Sally Pugal

Title: Managing Member

Date: 11/19/2021

RECORDED: 11/30/2021

PATENT
REEL: 058233 FRAME: 0998