# APPENDIX
# EXHIBIT QQ

**Subject**: Engagement Letter - Distribution Sheets
**From**: yasmine@chonglawfirm.com
**To**: Linh Deitz <linhd@ip-edge.com>
**Date Sent**: Tuesday, May 10, 2022 1:49:54 PM GMT-06:00
**Date Received**: Tuesday, May 10, 2022 1:49:59 PM GMT-06:00

Hey Linh,

Just wanted to check on Engagement Letters for the following:
-Backertop Licensing LLC (Local)
-Ridgeview IP LLC (Lead)
-Waverly Licensing LLC (Lead)
-Lamplight Licensing LLC (Lead)
-Creekview IP LLC (Lead)
-Topdown Licensing LLC (Lead)

And also Distribution sheets for the following
-Heritage v. Parker
-Heritage v. XY Labs
-Nitetek v. Spectralink.

Thanks!

Best Regards,

YASMINE ROC
Legal Assistant to Jimmy Chong, Esquire
yasmine@chonglawfirm.com

Delaware - Red Clay Center at Little Falls, 2961 Centerville Rd., Ste 350, Wilmington, DE 19808 -- Tel. 302-999-9480 (DE MAILING ADDRESS)
Lansdale - 100 West Main Street, Suite 420., Lansdale, PA 19446 -- Tel. 215-909-5204 (PA MAILING ADDRESS)
Philadelphia - 1845 Walnut Street, Suite 1300 , Philadelphia, PA 19103 Tel. 215-909-5204 (NO MAIL)

**Please Note Our New Fax Number: 302-800-1999**
www.chonglawfirm.com

CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEGED; ATTORNEY WORK PRODUCT: Emails and attachments received from us may be protected by the attorney-client privilege, as attorney work-product or by virtue of other privileges or provisions of law. If you are not an intended recipient, please do not read, copy, use, forward, or disclose any such communications or attachments to others; immediately notify the sender by reply email; and delete the email and the reply from your system. Any unauthorized disclosure, copying, distribution, or use of emails from us or any attachments thereto is prohibited.

LAMPLIGHT0166
Confidential Attorney-Client Privilege and/or Confidential Common Interest Attorney-Client Privilege