# APPENDIX
# EXHIBIT RR

**Sally**

> I am less than 10 minutes away

Ok see you

Thu, Sep 29 at 12:08 PM

> Hey Sally can you talk?

Not right now
Maybe later
Is everything ok?

> It's about one of your companies and it's

**Sally**

> It's about one of your companies and it's pretty important. Call me when you can please

> I will call right now
> CP is out now

> Ok

Fri, Sep 30 at 2:18 PM

> I do have one declaration I need to send to you to get signed