# APPENDIX
# EXHIBIT SS

**Subject**: Re: Recurring calls with Lamplight Licensing, Sally Pugal to prepare for Connolly Hearing
**From**: Linh Deitz <linhd@ip-edge.com>
**To**: patent@chonglawfirm.com
**Cc**: Jimmy Chong <chong@chonglawfirm.com>, Yasmine <yasmine@chonglawfirm.com>, Papool Chaudhari <papool@pralawllc.com>, Gautham Bodepudi <gbodepudi@ip-edge.com>
**Date Sent**: Monday, October 3, 2022 8:59:30 AM GMT-06:00
**Date Received**: Monday, October 3, 2022 8:59:51 AM GMT-06:00

Thank you Jimmy.

A calendar invite has been sent out.

Sincerely,

Linh Deitz
Office Manager
IP Edge LLC


On Mon, Oct 3, 2022 at 12:20 AM <patent@chonglawfirm.com> wrote:
> **CORRECTION****I can make 12pm EST on 10/5
>
> Very truly yours,
>
> Jimmy Chong, Esq
> Yasmine Roc, Paralegal
>
> Delaware - Red Clay Center at Little Falls, 2961 Centerville Rd., Ste 350, Wilmington, DE 19808 -- Tel. 302-999-9480 (DE MAILING ADDRESS)
> Lansdale - 100 West Main Street, Suite 420., Lansdale, PA 19446 -- Tel. 215-909-5204 (PA MAILING ADDRESS)
> Philadelphia - 1845 Walnut Street, Suite 1300, Philadelphia, PA 19103 Tel. 215-909-5204 (NO MAIL)
>
> Please Note Our New Fax Number: 302-800-1999
> www.chonglawfirm.com
>
> CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEGED; ATTORNEY WORK PRODUCT: Emails and attachments received from us may be protected by the attorney-client privilege, as attorney work-product or by virtue of other privileges or provisions of law. If you are not an intended recipient, please do not read, copy, use, forward, or disclose any such communications or attachments to others; immediately notify the sender by reply email; and delete the email and the reply from your system. Any unauthorized disclosure, copying, distribution, or use of emails from us or any attachments thereto is prohibited.
>
>
> -------- Original Message --------
> Subject: Recurring calls with Lamplight Licensing, Sally Pugal to
> prepare for Connolly Hearing
> From: Linh Deitz <linhd@ip-edge.com>
> Date: Thu, September 29, 2022 7:08 pm
> To: Jimmy Chong <chong@chonglawfirm.com>, patent@chonglawfirm.com,
> Yasmine <yasmine@chonglawfirm.com>
> Cc: Papool Chaudhari <papool@pralawllc.com>, Gautham Bodepudi
> <gbodepudi@ip-edge.com>
>
> Hello Jimmy and Yasmine,

LAMPLIGHT0131
Confidential Attorney-Client Privilege and/or Confidential Common Interest Attorney-Client Privilege

Are you available on Wednesdays anytime between 10am - noon CST to have a 60 minute call with our team and Sally to discuss the Connolly hearing? Unfortunately, that is the only day and times she has available to talk every week.

Sincerely,

Linh Deitz
Office Manager
IP Edge LLC

LAMPLIGHT0132
Confidential Attorney-Client Privilege and/or Confidential Common Interest Attorney-Client Privilege