# APPENDIX

# EXHIBIT TT

**Subject**: Fwd: Materials to review for Lamplight's weekly call
**From**: Linh Deitz <linhd@ip-edge.com>
**To**: patent@chonglawfirm.com,Jimmy Chong <chong@chonglawfirm.com>,Yasmine <yasmine@chonglawfirm.com>
**Cc**: Papool Chaudhari <papool@pralawllc.com>, Gautham Bodepudi <gbodepudi@ip-edge.com>
**Date Sent**: Monday, October 3, 2022 11:50:39 AM GMT-06:00
**Date Received**: Monday, October 3, 2022 11:50:57 AM GMT-06:00

Jimmy and Yasmine,

Here is the link that we provided to Sally to review for the weekly calls.

Sincerely,

Linh Deitz
Office Manager
IP Edge LLC


---------- Forwarded message ---------
From: **Linh Deitz** <linhd@ip-edge.com>
Date: Mon, Oct 3, 2022 at 10:33 AM
Subject: Materials to review for Lamplight's weekly call
To: Sally Pugal <sallypugal55@gmail.com>
Cc: Gautham Bodepudi <gbodepudi@ip-edge.com>, Papool Chaudhari <papool@pralawllc.com>


Good morning Sally,

Your calls to discuss the Connolly hearings will be on Wednesdays at 11am CST with our team and your lead counsel Jimmy Chong. Please see the link for the materials you can review prior to the video calls.  I have sent a calendar invite with a link to join the calls.

https://www.dropbox.com/sh/f1lqwu3dscfq6dd/AACnCere7QDrkEXOCYFqacHEa?dl=0

Sincerely,

Linh Deitz
Office Manager
IP Edge LLC

**LAMPLIGHT0127**
Confidential Attorney-Client Privilege and/or Confidential Common Interest Attorney-Client Privilege