# APPENDIX
# EXHIBIT UU



**Sally**

> The case will be on Thurs. I can find a late flight on Wed

Yes -Wed-Friday and also minor surgery on Tuesday
I don't think I can make it at all the rest of the year. So sorry

> It will have to be this year.o do not think we can reschedule it that far out. I'm sorry but you will have to



**Sally**

It will have to be this year.o do not think we can reschedule it that far out. I'm sorry but you will have to go to court.

Did you even ask CP?

We are reaching out to all the counsels and seeing what we can do

Of course I did and



**Sally**

Of course I did and you know how he is. NOPE
Again I am so sorry

Ok we will see what we can do. Does he know why you need off? What was your reason for asking time off?

Could you do 11/4?

Mon, Oct 3 at 10:15 AM

