# APPENDIX

# EXHIBIT VV

10:53

**Sally** >

Tue, Oct 4 at 10:52 PM

Are you still up?

Wed, Oct 5 at 9:20 AM

Can you talk? I want to talk to you before your call with our team

Remember you the video call at 11am.

I know this is incon-venient for you but

iMessage

Cash



10:53

Sally

I know this is incon-
venient for you but
this is very important.

Hi Linh
I don't think I will do
it . I will have to can-
cel . I'm so sorry

Sally this not only af-
fects you but also af-
fects our company.
There are fees that
can be charged to
you from the court.

iMessage

10:53



Sally

Hi Linh
I don't think I will do it . I will have to cancel . I'm so sorry

Sally this not only affects you but also affects our company. There are fees that can be charged to you from the court. We are try to make it work with your schedule but you have to work with us.



iMessage

10:53

Sally

Sally this not only affects you but also affects our company. There are fees that can be charged to you from the court. We are try to make it work with your schedule but you have to work with us.

This is not something to take lightly.

This is an order from a federal judge

iMessage

10:53

Sally >

Sally please call me back

Sorry Linh
I am on the phone with the facility
I will call in a few

Ok thx

Wed, Oct 5 at 12:01 PM

Do you feel better after the call?

We just finish

iMessage

10:53



Sally

We just finish
I will text you after
lunch

Yes

Wed, Oct 5 at 1:22 PM

It went well
Very informative and
very nice people.
About the date I will
let you know in the
morning
Is that ok?
I feel much better

iMessage

10:53

Sally >

I feel much better now. Thank you

I'm glad it went well. You please let me know by tomorrow morning.

I will thank you again Linh

Thank you for taking the call.

Thu, Oct 6 at 11:03 AM

iMessage

Cash



10:53

Sally

Thu, Oct 6 at 11:03 AM

Good morning Sally. Did you decide on what day you can go – 11/4 or 11/10? Pa-pool and counsel are asking.

Good Morning! If I take 4th I would be leaving the night of 3rd right? And the court date will be 10 AM the 4th



10:53



Sally

Correct.

Ok we do the 4th but please don't make it so late on the flight And also if you can flight from the hobby closer to me

Hey Linh! Isn't it the 10th is the original date! If there is any problem for the 4th getting the flight and rescheduling with the Judge please let me

  iMessage 

       

10:54



Sally

date! If there is any problem for the 4th getting the flight and rescheduling with the Judge please let me know
Thank you

The original date is 11/10 but if you want the 4th, we need to let everyone know (opposing counsel and Judge) and see if they approve.

  iMessage 

       

10:54



Sally >

The original date is 11/10 but if you want the 4th, we need to let everyone know (opposing counsel and Judge) and see if they approve.

Ok

So you prefer the 4th correct?

Tue, Oct 11 at 1:08 PM

Hey Sally Jimmy

iMessage

  

