# APPENDIX
# EXHIBIT WW

**Sally**

Tue, Oct 11 at 1:08 PM

> Hey Sally Jimmy (your counsel) is going to try to call or email you. I told him to reach you best by email and to include me and Papool.

> I told him you rarely answer your phone at work.

> I think it's in regards to trying to push your date to 11/4. I think



**Sally**

> I think it's in regards to trying to push your date to 11/4. I think He is trying to get more of an understanding of your work to try and get it pushed up

Tue, Oct 11 at 2:32 PM

> Sorry I did not see your text been so busy
> Yes I did receive Jimmy's email