# APPENDIX
# EXHIBIT XX

**Print** | **Close Window**

**Subject:** RE: Hearing in DE for Lamplight
**From:** patent@chonglawfirm.com
**Date:** Tue, Oct 11, 2022 6:44 pm
**To:** "Sally Pugal" <sallypugal55@gmail.com>
**Cc:** "linhd@ip-edge.com" <linhd@ip-edge.com>, "brandon@ip-edge.com" <brandon@ip-edge.com>, "papool@pralawllc.com" <papool@pralawllc.com>, "Danae Maher" <dmaher@ip-edge.com>, "IPE" <ops@ip-edge.com>, "yasmine@chonglawfirm.com" <yasmine@chonglawfirm.com>
**Attach:** Letter to Court re Hearing Date - final - Lamplight P21035.docx

Sally:

Thanks for speaking with me, please confirm I have represented the facts correctly. I have cc'ed your representatives on this email as well. If anyone has any concerns with the attached please let me know. Otherwise please confirm and we will get this on file by 10/12. Thanks

Very truly yours,

Jimmy Chong, Esq
Yasmine Roc, Paralegal

Delaware - Red Clay Center at Little Falls, 2961 Centerville Rd., Ste 350, Wilmington, DE 19808 -- Tel. 302-999-9480 (DE MAILING ADDRESS)
Lansdale - 100 West Main Street, Suite 420., Lansdale, PA 19446 -- Tel. 215-909-5204 (PA MAILING ADDRESS)
Philadelphia - 1845 Walnut Street, Suite 1300, Philadelphia, PA 19103 Tel. 215-909-5204 (NO MAIL)

Please Note Our New Fax Number: 302-800-1999
www.chonglawfirm.com

CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEGED; ATTORNEY WORK PRODUCT: Emails and attachments received from us may be protected by the attorney-client privilege, as attorney work-product or by virtue of other privileges or provisions of law. If you are not an intended recipient, please do not read, copy, use, forward, or disclose any such communications or attachments to others; immediately notify the sender by reply email; and delete the email and the reply from your system. Any unauthorized disclosure, copying, distribution, or use of emails from us or any attachments thereto is prohibited.

-------- Original Message --------

Subject: Re: Hearing in DE for Lamplight
From: Sally Pugal <sallypugal55@gmail.com>
Date: Tue, October 11, 2022 4:02 pm
To: patent@chonglawfirm.com

CT

On Tue, Oct 11, 2022 at 2:39 PM <patent@chonglawfirm.com> wrote:
> 530pm EST?
>
> Very truly yours,
>
> Jimmy Chong, Esq
> Yasmine Roc, Paralegal
>
> Delaware - Red Clay Center at Little Falls, 2961 Centerville Rd., Ste 350, Wilmington, DE 19808 -- Tel. 302-999-9480 (DE MAILING ADDRESS)
> Lansdale - 100 West Main Street, Suite 420., Lansdale, PA 19446 -- Tel. 215-909-5204 (PA MAILING ADDRESS)
> Philadelphia - 1845 Walnut Street, Suite 1300, Philadelphia, PA 19103 Tel. 215-909-5204 (NO MAIL)
>
> Please Note Our New Fax Number: 302-800-1999
> www.chonglawfirm.com
>
>
> CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEGED; ATTORNEY WORK PRODUCT: Emails and attachments received from us may be protected by the attorney-client privilege, as attorney work-product or by virtue of other privileges or provisions of law. If you are not an intended recipient, please do not read, copy, use, forward, or disclose any such communications or attachments to others; immediately notify the sender by reply email; and delete the email and the reply from your system. Any unauthorized disclosure, copying, distribution, or use of emails from us or any attachments thereto is prohibited.
>
>
>> -------- Original Message --------
>> Subject: Re: Hearing in DE for Lamplight
>> From: Sally Pugal <sallypugal55@gmail.com>
>> Date: Tue, October 11, 2022 3:38 pm
>> To: patent@chonglawfirm.com
>>
>> Hi Jimmy,
>> I am doing well thank you. I will be available at around 5:30. I will call.

Thank You,
Sally

On Tue, Oct 11, 2022 at 1:07 PM <patent@chonglawfirm.com> wrote:
> Hi Sally:
>
> I hope you are well. I am preparing a letter to the Court to let it know you cannot make 11/10 but can make 11/4. I want to ask some questions, are you available for a 5-10 min call? You can call me at 302-999-9480 or I I can call you at 832-276-5657. When would you be available? Thanks
>
> Very truly yours,
>
> Jimmy Chong, Esq
> Yasmine Roc, Paralegal
>
> Delaware - Red Clay Center at Little Falls, 2961 Centerville Rd., Ste 350, Wilmington, DE 19808 -- Tel. 302-999-9480 (DE MAILING ADDRESS)
> Lansdale - 100 West Main Street, Suite 420., Lansdale, PA 19446 -- Tel. 215-909-5204 (PA MAILING ADDRESS)
> Philadelphia - 1845 Walnut Street, Suite 1300, Philadelphia, PA 19103 Tel. 215-909-5204 (NO MAIL)
>
> Please Note Our New Fax Number: 302-800-1999
> www.chonglawfirm.com
>
>
> CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEGED; ATTORNEY WORK PRODUCT: Emails and attachments received from us may be protected by the attorney-client privilege, as attorney work-product or by virtue of other privileges or provisions of law. If you are not an intended recipient, please do not read, copy, use, forward, or disclose any such communications or attachments to others; immediately notify the sender by reply email; and delete the email and the reply from your system. Any unauthorized disclosure, copying, distribution, or use of emails from us or any attachments thereto is prohibited.

Copyright © 2003-2023. All rights reserved.