# APPENDIX
# EXHIBIT YY

**Sally**

I'm almost home
I will call him
Thank you

Great thank you.

Wed, Oct 12 at 11:18 AM

Hey sweetie you missed your call today.

Can you talk to them later today? Can you talk at 1pm today?

10:54

**Sally**

Sorry
I have extremely busy since this morning on the phone
I was ready to join the call but I had another important call for CP
I don't think I can join at one
I had to leave at 1230 for a very important Doctor's appointments

Need to reschedule

10:54

**Sally**

Need to reschedule Sorry

> Ok no worries I will let the team know. You will be in the email reply.

> I will ask that we resume next week for your weekly call.

Thank you Linh

Thu, Oct 13 at 11:42 AM