# APPENDIX
# EXHIBIT ZZ



**Sally**

Wed, Oct 19 at 9:15 AM

Good Morning Linh! I am so sorry but I won't be able to make on the meeting today again
Our surgery cancelled last minute and CP is here
I'm leaving early too for doctors appointment

I hate to do this but let me just

10:55



Sally

I hate to do this but let me just honest with you I don't think I am comfortable of doing this trial I have nightmares almost every night thinking about it and so stressed

Already so stressed at work and all of this Doctors appointments my PCP order X-rays MRI and CT

   

       

**Sally**

Sorry Linh I can't do it

Sally I appreciate you being honest with me but we already have all the travels arrangements made and I too am going with you.

Can you talk to me or Papool right now?

You mention you are having to go to the

**Sally**

> You mention you are having to go to the doctor for yourself, are you ok?

> What time are you leaving today to go to your doctor's appointment?

Not really Linh I can't at this time maybe later CP is here

I also received a call

**Sally**

I also received a call from sister in California last night
My brother not doing well in Las Vegas and can't even go

Oh no sorry to hear about your brother

Please call me when you leave the office

Thank you

10:56



**Sally**

Not really Linh
I can't at this time maybe later CP is here

I also received a call from sister in California last night
My brother not doing well in Las Vegas and can't even go

Oh no sorry to hear about your brother

**Sally**

> Oh no sorry to hear about your brother

> Please call me when you leave the office

Thank you
I will

*Wed, Oct 19 at 8:49 PM*

> Sally can you talk now?

Hi Linh sorry I'm not trying to ignore you



**Sally**

> Hi Linh sorry I'm not trying to ignore you I'm eating I will call you in a few
> Thank you

Thu, Oct 20 at 10:02 AM

> Hey Sally have you talked to your doctor yet? It does not look like we can get out of the 11/4 date.

> Papool said – "This judge isn't going to



10:56

Sally >

Thu, Oct 20 at 10:02 AM

Hey Sally have you talked to your doctor yet? It does not look like we can get out of the 11/4 date.

Papool said – "This judge isn't going to rest until Sally appears in his courtroom in Delaware. and if she doesn't appear on 11/4, a date she requested, there's probably go–

iMessage

**Sally**

Papool said - "This judge isn't going to rest until Sally appears in his courtroom in Delaware. and if she doesn't appear on 11/4, a date she requested, there's probably going to be sanctions"

Sanction means fees that you will be charged to pay (I mentioned that to you last night). Un-



**Sally**

> Sanction means fees that you will be charged to pay (I mentioned that to you last night). Unfortunately the judge is a prick and there is not telling how much fees could be. We're paid fees before and I promise you it's a lot. Don't want to scare you but need you to be fully aware.

I have been so busy

**Sally**

I have been so busy this morning
I will call during my lunch

I understand there is a fee
Whatever the fee is going to be I don't have
that kind of money Linh
you know that
I don't even make money on any of the company including

**Sally**

I don't even make money on any of the company including this

I will ask my doctor and see

If

she can write me a letter that I can't travel

Because of my medical problem

I know you don't have that kind of money, that is why

**Sally**

I know you don't have that kind of money, that is why I'm trying to explain the severity of not going.

With the letter from doctor, it will not change you having to come. I will be on a call at 11am and they are going to discuss it more to me. We will more likely need to

**Sally**

With the letter from doctor, it will not change you having to come. I will be on a call at 11am and they are going to discuss it more to me. We will more likely need to schedule a call with you and someone from my team to help ease your concerns.

I'm trying to see what I can do to help you but I can't control

**Sally**

> I'm trying to see what I can do to help you but I can't control what this judge demands

> Well then how about I can't take off from my job I will ask Dr Perry yo draft letter for me you think that will work

> No that won't work. That is why you

> asked to move the date up to Nov 4.

Please do the best you can for me I already made up my mind sorry I can't do it

> Sally I'm sorry but you can't do that. You put not only fees that you will have to pay but you put my company at risk. You are putting me in a really

**Sally**

...pany at risk. You are putting me in a really tight spot.

Thu, Oct 20 at 5:30 PM

Can you talk to me later this evening? I am free anytime after 8pm.

Fri, Oct 21 at 10:27 AM

Hi Sallly can we talk today or if not, can we meet tomorrow