UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CHAMBERS OF
COLM F. CONNOLLY
U.S. DISTRICT JUDGE

U.S. COURTHOUSE
844 N. KING STREET Unit 31
WILMINGTON, DELAWARE 19801-3568
302-573-6310



November 29, 2023

Nicole M. Argentieri
Acting Assistant Attorney General
U.S. Department of Justice, Criminal Division
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Dear Ms. Argentieri:

     For reasons outlined in the attached Memorandum Opinion issued on November 27, 2023, I believe that further inquiry by the United States Department of Justice may be warranted with respect to various filings made with the United States Patent & Trademark Office (PTO) and actions taken in connection with patent infringement suits filed in numerous federal courts, including the United States District Court for the District of Delaware, by individuals associated with IP Edge LLC and its affiliate Mavexar LLC.  My staff will forward to you by email a folder containing the appendices to the Memorandum Opinion.  I have also forwarded a copy of the Memorandum Opinion to PTO Director Kathi Vidal for further inquiry into these matters.

                                          Sincerely,

                                          Colm F. Connolly
                                          Chief Judge
                                          United States District Court
                                          District of Delaware

Encl.