UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CHAMBERS OF**
**COLM F. CONNOLLY**
**U.S. DISTRICT JUDGE**



U.S. COURTHOUSE
844 N. KING STREET Unit 31
WILMINGTON, DELAWARE 19801-3568
302-573-6310

November 30, 2023

The Honorable Kathi Vidal
Director of the U.S. Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Director Vidal:

    For reasons outlined in the attached Memorandum Opinion issued on November 27, 2023, I believe that further inquiry by the United States Patent & Trademark Office (PTO) may be warranted with respect to various filings made with the PTO by individuals associated with IP Edge LLC and its affiliate Mavexar LLC. My staff will forward to you by email a folder containing the appendices to the Memorandum Opinion. I have also forwarded a copy of the Memorandum Opinion to the Department of Justice for further inquiry into these matters.

                                      Sincerely,

                                        Colm F. Connolly
                                        Chief Judge
                                        United States District Court
                                        District of Delaware

Encl.